**Order entered November 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00835-CV

### ECLAT PRIVATE EQUITY, INCORPORATED, STACIE R. AULDS, AND RICHARD W. WELLS, Appellants

### V.

### HASSAN PARSA, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-05093

## ORDER

Because the clerk's record filed electronically September 27, 2013 is defective, and a corrected record was filed October 29, 2013, we **STRIKE** the September 27th record from the record of this cause.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE